SUNBRITE DYE CO., INC. v. STAUFFER CHEMICAL COMPANY, INC., ET AL.

June 17, 1986.

Cross-petition for certification denied.

MARY E. LANCASTER, ET AL. v. HOWARD RYAN, ET AL.

June 17, 1986.

Petition for certification denied.

RADIOLOGICAL SOCIETY OF NEW JERSEY v. NEW JERSEY STATE DEPARTMENT OF HEALTH, ET AL.

June 17, 1986.

Petition for certification denied. (See 208 *N.J.Super.* 548)

ARLENE HOFING v. SIDNEY HOFING.

June 17, 1986.

Petition for certification denied.